# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **ZAHEER SULTAN HIRANI,** ) | |
| ) | |
| **Petitioner,** ) | |
| vs. ) | Case No. 4:08-cv-487-RBP-TMP |
| ) | |
| **MICHAEL P. MUKASEY,** Attorney ) | |
| **General of the United States of America;** ) | |
| **MICHAEL CHERTOFF,** Secretary, U.S. ) | |
| **Department of Homeland Security; et al.,** ) | |
| ) | |
| **Respondents.** ) | |

## **O R D E R**

On December 1, 2008, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot. No objections have been filed.[1]

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be and the same is hereby **DISMISSED** as **MOOT**.

**DATED** this 29th day of December, 2008.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] The court notes that the copy of the report and recommendation mailed to petitioner was returned by the postal service, marked "Released. Return To Sender. Attempted - Not Known. Unable To Forward."